IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CT-3015-BR

| | | |
|---|---|---|
| ARLON DAVID SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY JOHNS, DEBORAH A. GONZALES, JESSICA B. GODWIN, KAREN STEINOUR, and ANDARES HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to adopt a scheduling order filed by defendants Tracy Johns, Deborah A. Gonzales, Jessica B. Godwin, Karen Steinour, and Andares Hernandez ("defendants"). (DE # 17.) Plaintiff Arlon David Simpson ("plaintiff") has not filed a response to the motion. For good cause shown, the motion is GRANTED. Any potentially dispositive motions shall be filed by 8 July 2013.

Also before the court is plaintiff's motion for leave to amend complaint status. (DE # 20.) Defendants have not filed a response to the motion. The motion is GRANTED. The complaint (DE # 1) is hereby deemed to reflect that plaintiff was civilly committed under the Adam Walsh Child Protection and Safety Act of 2006, codified at 18 U.S.C. §§ 4247-4248, on 30 March 2012. See United States v. Simpson, No. 5:09-HC-2075-BR (E.D.N.C.), DE # 52.

This 6 June 2013.

                                                        _____
                                                        W. Earl Britt
                                                        Senior U.S. District Judge